# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:17-cv-02669-SHL-tmp |
| AMERICAN QUEEN STEAMBOAT COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed September 13, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Granting Motion to Enter Consent Decree (ECF No. 19), filed December 15, 2017, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.  The Court shall retain jurisdiction for the purpose of enforcing the consent decree pursuant to Williams v. Vulkovich, 720 F.2d 909, 920 (6th Cir. 1983); see also Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

December 27, 2017
Date